PD-0306-15

TRIAL COURT NO 2010-428,786-A
COA-NO 07-11-00202-CR

JOSHUA COBBS

VS

STATE OF TEXAS

§
§
§
§
§
§
§
§

COURT OF CRIMINAL APPEAS

STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION

## OF TIME

TO THE HONORABLE JUDGES OF SAID COURT COMES NOW, JOSHUA COBBS, THE APPELLANT IN THE ABOVE NUMBERED CAUSE AND MOVES FOR 30 DAYS EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW DUE TO RECIEVING THIS COURTS MANDATE ON EX PARTE COBBS - CCRA NO. WR-82-647-01 LATE.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

ON THIS ___19th___ DAY
OF ___March___ 2015

RESPECTFULLY,

_Joshua Cobbs_

APPELLANT - PRO SE